IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEPHEN MASON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3004 |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| KIRK E. BRUMBAUGH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

In accordance with the Memorandum and Order filed on this date,

IT IS ORDERED, ADJUDGED and DECREED that the above-entitled action and the plaintiff's claims based on the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961-1968 ("RICO"), are dismissed with prejudice.

DATED this 28th day of April, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge